UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE CROSS,

               Plaintiff,

v.

JUDGE JUDY HARTSFIELD et al.,

               Defendants.

Case No. 22-11705
Honorable Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 28) ON PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS (ECF NO. 21) AND DEFENDANTS' MOTIONS TO DISMISS (ECF NO. 14, 17)**

Plaintiff Yvonne Cross filed this action without assistance of counsel. ECF No. 1. This case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. Section 636(b). ECF No. 6. Defendants filed motions to dismiss. ECF Nos. 14, 17. Cross did not oppose defendants' motions and instead filed her own motion to voluntarily dismiss. ECF No. 21.

On October 12, 2022, the assigned magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 28. The R&R recommends that the Court treat Cross's motion as a notice of voluntary dismissal and suggests that the notice be accepted because no answer or motion for

summary judgment was filed. *Id*. No party has filed an objection to the R&R.

The Court has reviewed the record and **ADOPTS** the R&R relative to Cross's motion. Cross's motion (ECF No. 21) is deemed a notice of voluntary dismissal, defendants' motions to dismiss (ECF Nos. 14, 17) are thus **TERMINATED** as moot, and the case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: January 17, 2023

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge